

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7ᵗʰ floor*                                      *973-645-2700*
*Newark, New Jersey 07102*

March 26, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Attention:     Antigone Owens-Krefski, Deputy Clerk

          Re:     *United States v. Mordichai Weiss*

Dear Ms. Owens-Krefski:

          Enclosed for assignment is an Information charging defendant Mordichai Weiss with conspiracy to commit wire fraud, contrary to Title 18, United States Code, Section 1343, in violation of Title 18, United States Code, Section 1349. The Information and cover sheet are enclosed.

                    Very truly yours,

                    ROBERT FRAZER
                    United States Attorney

                    _____
                    Matthew J. Belgiovine
                    Assistant United States Attorney