

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Matthew J. Belgiovine*          *402 East State Street, Room 430*          *973.856.9179*
*Assistant United States Attorney*    *Trenton, New Jersey  08608*    *Matthew.Belgiovine@usdoj.gov*

March 30, 2026

Hon. Robert Kirsch
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: United States v. Mordichai Weiss
     Crim No. 26-177 (RK)

Dear Judge Kirsch:

   The Government, with the consent of Defendant Mordichai Weiss, respectfully requests an adjournment of the Rule 11 hearing currently scheduled for April 9, 2026. To accommodate counsels' trial schedules, the parties ask that the Court reschedule the hearing to the afternoon of April 30, 2026, the afternoon of May 7, 2026, or, alternatively, a Thursday afternoon thereafter convenient for the Court.

   Thank you for Your Honor's consideration of this request.

        Respectfully submitted,

        ROBERT FRAZER
        United States Attorney

        /s/ Matthew J. Belgiovine
        By: MATTHEW J. BELGIOVINE
        Assistant U.S. Attorney

cc: Counsel of record (via ECF)