**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 26-cr-177-RK |
| | : | |
| v. | : | |
| | : | |
| MORDICHAI WEISS, | | : |
| | : | |
| Defendant. | : | OCTOBER 13, 2026 |

## MOTION TO ADJOURN SENTENCING

Defendant Mordichai Weiss, through counsel, respectfully requests that Court briefly adjourn the sentencing in his case, to allow the defense time to obtain, and provide the Court with, a soon-to-be-completed psychological report of Mr. Weiss. Counsel for the Government does not oppose this motion.

In support of this motion, Mr. Weiss respectfully submits the following:

1. On May 21, 2026, Mr. Weiss entered a guilty plea to Count One of the Information, charging him with conspiring to defraud certain financial institutions, pursuant to a Plea Agreement.

2. At the time of the plea, sentencing was scheduled for September 24, 2026. This was something of a placeholder date, with the possibility that, due to various conflicts, sentencing would be moved to a date in October. Subsequently, after some discussion by email, the Court, as a courtesy, re-scheduled sentencing for October 24th.

3. Throughout the course of our representation of Mr. Weiss, undersigned counsel have believed, based on our interactions with him, that he suffers from significant mental health issues. In light of that, and while the investigation in this case was ongoing, we sent Mr. Weiss to be tested by a forensic psychiatrist. As neither Mr. Weiss nor his family had the money to pay for that report, the money for that psychiatrist came from donations from his community. The

report, prepared by Dr. Alexander Bardey, was completed in 2025, and provided to the U.S. Attorney's Office during plea negotiations.

4. Undersigned counsel, however, believed that Dr. Bardey's report did not fully capture all the mental health issues we believed we saw in Mr. Weiss, and so we decided to try to send him to another expert for further testing. Unfortunately, neither Mr. Weiss nor his family had any money to pay for another round of testing. Therefore, over the months since Mr. Weiss's plea, we spoke to various rabbis and other members of Mr. Weiss's community to see if funds could be raised to pay for the second round of testing but, despite our best efforts, we were initially unsuccessful. Finaly, in early September, we obtained sufficient funds to hire the second doctor, a psychologist, to test Mr. Weiss again. We wired her the money for her retainer on September 8th. Since then, she has met with Mr. Weiss multiple times. When we retained her, and multiple conversations since then, we made clear to her that sentencing was scheduled for October 26 and the defense submission was due by October 16th. Until today, our understanding was that she would get us her report by early this week. We spoke to her earlier today, however, and she informed us that she needed to do one more round of testing before she could finalize her report and that she would not have a completed report until the end of next week.

5. In our conversations with the psychologist, she has informed us that her preliminary findings are that Mr. Weiss suffers from a very significant mental disorder, beyond those that were identified in the first report. Based on those conversations, we believe her report, once finalized, would materially assist the court in making its §3553(a) determination and is something that, in all justice, the Court should have before sentencing Mr. Weiss.

6. Given the above, we respectfully ask the Court to grant one final adjournment of Mr. Weiss's sentencing date, of approximately three weeks. This would allow for the second

psychological report to be finalized and incorporated into Mr. Weiss's sentencing submission. In making this request, we recognize that the Court has already, as a courtesy, adjourned Mr. Weiss's sentencing once. We feel compelled, however, to nevertheless make this motion, given the significance of the psychologist's preliminary findings and the effect they may have on the Court's sentencing determination.

7. Counsel for the Government, Assistant U.S. Matthew Belgiovine, has told us that the Government has no objection to this motion.

8. Accordingly, Mr. Weiss respectfully requests the Court enter an order adjourning Mr. Weiss's sentencing for approximately three weeks.

WHEREFORE, for the foregoing reasons, the defendant, Mordichai Weiss, through counsel, respectfully requests that the Court enter an order adjourning sentencing for three weeks.

Respectfully submitted,

MORDICHAI WEISS,
DEFENDANT

By: */s/ Gedalia Stern.*
Gedalia M. Stern
Susan Necheles
NechelesLaw LLP
1120 6th Ave., 4th Floor
New York, N.Y. 10036
gstern@necheleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/Gedalia Stern*
Gedalia M. Stern