**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 26-cr-177-RK |
| | : | |
| v. | : | |
| | : | |
| MORDICHAI WEISS, | | : |
| | : | |
| Defendant. | : | November 11, 2026 |

**MOTION FOR BRIEF EXTENSION TO FILE SENTENCING SUBMISSION**

Defendant Mordichai Weiss, through counsel, respectfully requests that Court briefly extend his deadline to file his sentencing submission from Saturday November 14, to Monday, November 16. Counsel for the Government does not oppose this motion.

In support of this motion, Mr. Weiss respectfully submits the following:

1. On May 21, 2026, Mr. Weiss entered a guilty plea to Count One of the Information, charging him with conspiring to defraud certain financial institutions, pursuant to a Plea Agreement. Mr. Weiss is now scheduled to be sentenced on November 24th, which under the Standing Order on Sentencing, means that his sentencing submission is due on Saturday, November 14th. Mr. Weiss is not seeking an adjournment of his sentencing date.

2. We do, however, respectfully request a two-day extension to file Mr. Weiss's sentencing submission. Undersigned counsel has another federal sentencing tomorrow in the District of Connecticut, and the prosecutor in that case filed a supplemental sentencing submission this morning that requires a defense response. In light of this other obligation, we request an extension, so we have time, after that other sentencing, to finalize Mr. Weiss's submission by Monday, eight days before his sentencing.

3. Counsel for the Government, Assistant U.S. Matthew Belgiovine, has indicated that the Government has no objection to this motion.

4. Accordingly, Mr. Weiss respectfully requests the Court allow Mr. Weiss to file his sentencing submission on Monday, November 16th.

WHEREFORE, for the foregoing reasons, the defendant, Mordichai Weiss, through counsel, respectfully requests that the Court enter an order allowing him to file his sentencing submission on November 16th. .

Respectfully submitted,

MORDICHAI WEISS,
DEFENDANT

By: */s/ Gedalia Stern.*

Gedalia M. Stern
NechelesLaw LLP
1120 6th Ave., 4th Floor
New York, N.Y. 10036
gstern@necheleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/Gedalia Stern*
Gedalia M. Stern